**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re:  ROSA M. MIJANGOS   § Case No. 10-54235
§ Chapter 7
§ Hon. CAROL A. DOYLE
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 10/11/2011 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ROSA M. MIJANGOS

Case No. 10-54235
Chapter 7
Hon. CAROL A. DOYLE

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $4,399.35 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $4,399.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,399.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,099.84 | $0.00 | $1,099.84 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $25.60 | $0.00 | $25.60 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,080.00 | $0.00 | $1,080.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,205.44 |
| Remaining balance: | $2,193.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,193.91 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,193.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,443.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $4,859.84 | $0.00 | $234.62 |
| 2 | Ameican InfoSource agent for WFNNB assignee of Victoria's Secret | $808.30 | $0.00 | $39.02 |
| 3 | Chase Bank USA, N.A. | $97.11 | $0.00 | $4.69 |
| 4 | First National Bank of Omaha | $3,964.86 | $0.00 | $191.42 |
| 5 | Chase Bank USA, N.A. | $519.32 | $0.00 | $25.07 |
| 6 | Chase Bank USA, N.A. | $10,229.66 | $0.00 | $493.87 |
| 7 | Chase Bank USA, N.A. | $997.01 | $0.00 | $48.13 |
| 8 | Chase Bank USA, N.A. | $998.72 | $0.00 | $48.22 |
| 9 | Chase Bank USA, N.A. | $4,266.62 | $0.00 | $205.99 |
| 10 | PYOD LLC assignee of Citibank N.A. | $6,326.92 | $0.00 | $305.45 |
| 11 | U.S. Bank N.A. | $9,319.37 | $0.00 | $449.92 |
| 12 | FIA Card Services successor to Bank of America and MBNA America | $96.29 | $0.00 | $4.65 |
| 13 | FIA Card Services successor to Bank of America and MBNA America | $2,959.11 | $0.00 | $142.86 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,193.91 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00__ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | | Total to be paid for subordinated claims: | | $0.00 |
| | | Remaining balance: | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-54235-CAD
Rosa M Mijangos Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 2      Date Rcvd: Sep 14, 2011
                    Form ID: pdf006     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2011.
```
db            +Rosa M Mijangos,    3324 N. Osage,    Chicago, IL 60634-2951
aty           +Ted Smith,    Smith, Ortiz,    4309 W. Fullerton Avenue,    Chicago, IL 60639-2041
tr            +Allan J DeMars,    Spiegel & DeMars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16518171      +BAC HOME LOANS,    450 AMERICAN STREET,    Attn: Bankruptcy Dept,    Simi Valley, CA 93065-6285
16518177      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
17071966       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17033822      +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas,Tx 75374-0933
16518184      +DSNB/MACYS,    9111 Duke Blvd.,    Mason, OH 45040-8999
16518186       First National Bank Omaha  (FNB),    P.O. BOX 2490,    Omaha, NE 68103-2490
16518185       First National Bank Omaha (FNB),    PO Box 2557,    Omaha, NE 68103-2557
17071751      +First National Bank of Omaha,    Cardmember Services,    1620 Dodge Street,    Stop Code 3105,
                Omaha, NE 68197-0003
16518189      +Lord & Taylor,    424 Fifth Ave,    New York, NY 10018-2771
16518190      +NBGL Carsons,    140 Industrial Drive,    Elmhurst, IL 60126-1602
16518191      +Peoples Energy,    130 E. Randolph,    Chicago, IL 60601-6302
16518192      +Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
16518193       Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
16518194       Sears Premier Mastercard,    PO Box 6282,    Sioux Falls, SD 57117-6282
16518195      +Sears/ CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
16518197      +Sears/CBSD,    701 East 60th Street,    Sioux Falls, SD 57104-0432
16518198     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 108,    Saint Louis, MO 63166)
16518199     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 5227,    Cincinnati, OH 45201)
17366587     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
16518200      +WFNNB - Victoria's Secret,    220 W Schrock Road,    Westerville, OH 43081-2873
16518201       WFNNB/ Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
16518202       WFNNB/ROOMPLACE,    P.O Box 182273-WF,    Columbus, OH 43218
16518203       Wfnnb/Roomplace,    PO Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16979413       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2011 09:45:59
                American InfoSource LP as agent for WFNNB,    as assignee of,    Victoria's Secret,
                PO Box 248872,    Oklahoma City, OK   73124-8872
16518183       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 09:46:00
                Discover Financial Services LLC,    P.O. Box 15316,    Wilmington, DE 19850
16977811       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 09:46:00         Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
16518182      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 09:46:00         Discover Card,
                P.O. Box 6103,    Carol Stream, IL 60197-6103
17407831       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2011 09:45:59
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
16518187       E-mail/PDF: cr-bankruptcy@kohls.com Sep 15 2011 09:46:00         Kohls,    PO Box 2983,
                Milwaukee, WI 53201-2983
16518188      +E-mail/PDF: cr-bankruptcy@kohls.com Sep 15 2011 09:46:00         Kohls/Chase,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
17156284      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 15 2011 09:31:27
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16518175*     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16518173*     +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
16518178*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16518179*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16518180*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16518181*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16518196*     +Sears/ CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
16518176    ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
16518174    ##+Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16518172    ##+Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 8, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: adragonet            Page 2 of 2                   Date Rcvd: Sep 14, 2011
                              Form ID: pdf006            Total Noticed: 34

                 ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**                           **Signature:**        _/s/ Joseph Speetjens_